

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 15 2006
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE CRISTOBAL CARDONA | DOCKET NO. 06-CV-1171 |
| VERSUS | JUDGE DRELL |
| R. TUITE | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED**, *sua sponte*, **under 28 U.S.C. §1915(e)(2)(B) as frivolous and failing to state a claim for which relief can be granted.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of November, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE