
U.S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

JAN 2 9 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

Jose Cristobal Cardona                    CIVIL ACTION NO. 06-1171

VS                                                        JUDGE DRELL
                                              MAGISTRATE JUDGE

R Tuite

## AMENDED ORDER

_____On January 16, 2007 the court entered an order [document #19] granting in forma pauperis. The court has determined that this case falls under the provision of the Prison Litigation Reform Act ("PLRA"). Therefore, the court amends its ruling and hereby orders accordingly. **IT IS ORDERED** that petitioner be allowed to proceed *in forma pauperis* in this action. **IT IS FURTHER ORDERED** under 28 U.S.C. § 1915 (b) that an initial partial filing fee in the amount of $76.33 be paid.

**IT IS FURTHER ORDERED** that plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the $455.00 appeal filing fee is paid. The Sheriff, Warden, or authorized prison official shall forward such payment from the inmate's account to the Clerk of Court, 300 Fannin Street, Suite1167, Shreveport, LA 71101-3083, each time the amount in the inmate's account exceeds $10.00 until the balance of the $455.00 appeal filing fee is paid in full.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana, this_____ day of_____, 2007.

                                              JAMES D. KIRK
                                    UNITED STATES MAGISTRATE JUDGE